UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL SIR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:16-cv-03142 |
| | ) CHIEF JUDGE CRENSHAW |
| DIAGNOSTICA STAGO, INC., | ) ) |
| Defendant. | ) |

### ORDER

Before the Court is Defendant's Motion to Correct the Record. (Doc. No. 24.) Defendant requests that the Court's previous Memorandum Opinion (Doc. No. 22) be corrected to clarify that Jeffrey Bambling resides in Tennessee, not New Jersey. (Doc. No. 24 at 2.) The Court would correct a mistake if that in fact occurred. However, the parties do not agree that the Court made a mistake. In any case, once the file is transferred to another jurisdiction, "the transferor court loses all jurisdiction over the case, including the power to review the transfer." <u>Miller v. Toyota Motor Corp.</u>, 554 F.3d 653, 654 (6th Cir. 2009) (quoting <u>Chrysler Credit Corp. v. Country Chrysler, Inc.</u>, 928 F.2d 1509, 1516-17 (10th Cir. 1991)). Here, the file has been transferred to the District of New Jersey, and assigned case number 2:17-cv-07647. Any motion to correct the record should be made in that court.

Accordingly, Defendant's Motion to Correct the Record (Doc. No. 24) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE